**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-CV-01748 <br><br> Honorable Matthew F. Kennelly |
| This Document relates to: <br><br> *Leeroy Williams v. Actavis, Inc.., et al.* <br> Case No. 1:15-cv-04382 | |

**RESPONSE TO DEFENDANTS ABBVIE, INC. AND ABBOTT
LABORATORIES' MOTION TO DISMISS WITH PREJUDICE**

Robinson Calcagnie Robinson Shapiro Davis, Inc. ("RCRSD"), counsel of record for the deceased Plaintiff Leeroy Williams, hereby submits the following response to Defendants Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc.'s (collectively, "Actavis Defendants") motion to dismiss for failure to serve an executed Plaintiff Fact Sheet ("PFS") as required by Second Amended Case Management Order No. 9 ("Amended CMO No. 9") [Dkt. #984].

On May 18, 2015, Mr. Williams filed a product liability lawsuit against the Actavis Defendants, the manufacturers and distributors of Androderm. Pursuant to Amended CMO No. 9, Mr. Williams' deadline to serve an executed PFS was August 6, 2015.

On August, 6, 2015, RCRSD served a PFS on the Actavis Defendants on behalf of Mr. Williams. On August 19, 2015, the Actavis Defendants sent a deficiency letter pursuant to Amended CMO No. 9.

After receiving the Actavis Defendants' deficiency letter, RCRSD learned that Mr. Williams passed away on August 7, 2015, and subsequently filed a Statement Noting a Party's Death on October 5, 2015 [Dkt. #12]. RCRSD provided the Actavis Defendants notice of Mr.

1

Williams' passing, informed the Actavis Defendants that due to Mr. Williams' passing, RCRSD no longer had a client and therefore could not act on his (or anyone's behalf), including obtaining consent to dismiss, and that RCRSD would not be retained by Mr. Williams' heirs. The parties had a telephonic meet and confer conference on February 22, 2016, and RCRSD reiterated its position.

On February 26, 2016, the Actavis Defendants sent an additional Warning Letter. However, nothing in regard to Mr. Williams' case has changed, insofar as RCRSD's representation of Mr. Williams ended upon his death and RCRSD has not been retained by Mr. Williams's heirs.

Dated: June 27, 2016

/s/ Nicholas A. George
Nicholas A. George
Robinson Calcagnie Robinson
Shapiro Davis, Inc.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone: (949) 720-1288
ngeorge@rcrsd.com

*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

  I HEREBY CERTIFY that on June 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                /s/ Nicholas A. George